UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>vs.<br><br><br>MARK CLAYBROOKS,<br><br>             Defendant.<br>_____/ | CR  09-0744 SBA<br><br>**ORDER** |

Pursuant to the stipulation submitted to the Court on January 15, 2010, the Court hereby FINDS that pursuant to 18 U.S.C. Section 3161(h)(7)(A), (B)(i) the time period from February 2, 2010 to March 23, 2010 at 10:00 a.m. shall be excluded under the Speedy Trial Act. The parties have stated that through an error the defendant was not referred to the Probation Office and therefore the probation officer has not had sufficient time to interview the defendant or to complete the 35 day process of filing a final presentence report.

Based on this finding,

IT IS HEREBY ORDERED THAT the hearing is continued from February 2, 2010 to **March 23, 2010 at 10:00 a.m.** for change of plea and judgment and sentencing.

IT IS SO ORDERED.

Dated: 1/22/10

*Saundra B Armstrong*
SAUNDRA BROWN ARMSTRONG
United States District Judge